IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:21-CR-202-WMR |
| V. | |
| DEON BROWN | |

## ORDER

This matter is before the Court on Defendant's Motion to Continue Sentencing [Doc. 18]. For good cause shown, the motion is hereby GRANTED. Sentencing is reset from July 20, 2022 to **August 9, 2022 at 3:00 PM** in Courtroom 1705.

Sentencing memorandums should be filed by August 5, 2022.

SO ORDERED this 15th day of July, 2022.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE